**Danny J. COHEA, Plaintiff—Appellant,**

v.

**Cheryl K. PLILER; et al.,
Defendants—Appellees.**

**No. 08–15859.**

United States Court of Appeals,
Ninth Circuit.

Submitted July 14, 2008.*

Filed July 24, 2008.

Danny J. Cohea, pro se.

Grant Lien, Office of the California Attorney General, Sacramento, CA, for Defendants–Appellees.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: SCHROEDER, LEAVY and IKUTA, Circuit Judges.

MEMORANDUM **

Upon review of the record and appellant's opening brief, this court hereby summarily affirms the district court's order denying appellant's motions for preliminary injunctive relief. *See United States v. Hooton,* 693 F.2d 857 (9th Cir.1982) (per curiam) (summary affirmance appropriate where result is clear from face of record).

All pending motions are denied as moot.

**AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.